[No. 12191-7-III. Division Three. December 30, 1993.]

*In the Matter of the Estate of*
EUGENE ROBERTS.

DIANA L. SAMPSON, ET AL, *Appellants*, v. MARGARET
ROBERTS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grant
County, No. 90-4-00049-8, Evan E. Sperline, J., entered January 10, 1992. *Affirmed* by unpublished opinion per Sweeney,
J., concurred in by Thompson, C.J., and Friel, J. Pro Tem.

[Nos. 12023-6-III; 12566-1-III. Division Three. December 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. L.A.R.,
*Appellant*.

*In the Matter of the Personal Restraint of*
L.A.R., *Petitioner*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 91-1-00086-4, Yancey Reser, J., entered
November 4, 1991, together with a petition for relief from
personal restraint. Judgment *reversed* and petition *denied* by
unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Van Nuys, J. Pro Tem.

[No. 12278-6-III. Division Three. January 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE DEAN
MORAVITS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 91-1-00279-1, Fred R. Staples, J., entered March
3, 1992. *Affirmed* by unpublished opinion per Sweeney, J.,
concurred in by Thompson, C.J., and Munson, J.